## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**THADDEUS M. McKINNON,**

       **Petitioner,**

**v.**                                       **Case No. 4:16cv456-MW/EMT**

**JULIE JONES,**

       **Respondent.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 20.  Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "The Petitioner's motion to voluntarily dismiss his amended § 2254 petition, ECF No. 19, is **GRANTED**. This action is **DISMISSED without prejudice**."   The Clerk shall close the file.

**SO ORDERED on November 30, 2016.**

                                      **s/Mark E. Walker**_____
                                      **United States District Judge**